# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CR 142 |
| ) | |
| ALEXANDER SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Because this Court underwent a forced ten-day absence from court from May 8 through May 15 due to a complete makeover of its chambers, it is now belatedly addressing filings received during that gap. One of those is the pro se motion by Alexander Santiago ("Santiago") for a reduction of the previously-imposed term of imprisonment imposed by this Court in July 2012 -- a reduction permitted by 18 U.S.C. § 3582(c)(2) as the result of the action by the United States Sentencing Commission that permits the retroactive application of an adjustment to Drug Quantity Calculation Table Section 2D1.1 to offenders (such as Santiago) who were sentenced before the enactment of that amendment.

This Court is of course prepared to consider Santiago's motion, and for that purpose it directs the United States Attorney's Office to file a response to Santiago's request. It directs that such response be provided to this Court's chambers, with a copy transmitted to Santiago, on or before June 1, 2015.

                                                                _____
                                                                Milton I. Shadur
                                                                Senior United States District Judge

Date: May 19, 2015